# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 22-210 (DWF) |
| Plaintiff, | |
| v. | **ORDER ON VIOLATION OF PROBATION** |
| Ijeoma Miriam Chanthavong, | |
| Defendant. | |

On August 24, 2023, Defendant Ijeoma Miriam Chanthavong ("Defendant") appeared before the Honorable Donovan W. Frank, U.S. District Judge, for a final revocation hearing. Plaintiff was represented by Harry Jacobs, Assistant United States Attorney, and Defendant was represented by Jean Brandl, Assistant Federal Defender. United States Pretrial Services Probation Officer, Laura Krier, was present. The Defendant admitted the violation that she left home detention on two (2) occasions without permission of her Supervising Officer in violation of the location monitoring program special condition. The Court finds that the Defendant has violated the terms and conditions of her probation and that her conditions shall be modified.

**IT IS HEREBY ORDERED** that the following conditions be added:

The Defendant shall participate in a location monitoring program for a period of 60 days. The Defendant shall be monitored using radio frequency/cellular technology. The Defendant shall be monitored under the following restrictions: The Defendant shall remain at her residence every day during set hours as directed by the probation officer. The Defendant shall not be required to pay the costs of location monitoring. Said condition will be reviewed by her supervision officer at the end of 30 days regarding compliance.

2

All other previously imposed terms and conditions of probation shall remain in effect until the original expiration date.

Dated:  August 25, 2023                         s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge